# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **STEVEN M. DENENBERG,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:08CV277** |
| vs. | ) | |
| | ) | **ORDER** |
| **SIMON OURIAN, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Upon review of the Mediation Closure Notice (Doc. 18) reporting that the parties have reached an agreement on all issues,

**IT IS ORDERED:**

1. On or before **March 5, 2009** the parties shall file a joint stipulation for dismissal or other dispositive stipulation, and shall submit to Judge Smith Camp, at smithcamp@ned.uscourts.gov, a proposed order which will fully dispose of the case.

2. Absent compliance with this order, this case, including all counterclaims and the like, may be dismissed without further notice.

**DATED January 26, 2009.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge