# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **STEVEN M. DENENBERG,** | ) | **CASE NO. 8:08CV277** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| **SIMON OURIAN, EPIONE MEDICAL CORPORATION, and BEVERLY HILLS MAKEOVER,** | ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice. The stipulation for dismissal with prejudice complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Court finds that it should be approved. Accordingly,

IT IS ORDERED:

1. The parties' Stipulation of Dismissal (Filing No. 20) is approved, and the relief requested therein is granted;

2. The Complaint and all claims in this action are dismissed with prejudice; and

3. The parties shall pay their own costs and attorneys' fees.

DATED this 4th day of March, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge